UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

In re:
Douglas Blanchette
Debtor

CHAPTER 13
CASE NO. 16-14055-FJB

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF PAPERS

You are hereby given notice that Harmon Law Offices, P.C. appears for JPMorgan Chase Bank, National Association to represent its interests in this matter. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by Bankruptcy Rule 2002 (g) and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Respectfully submitted,
JPMorgan Chase Bank, National Association,
By its Attorney,

/s/
Jason J. Giguere, Esquire
For FNBN I, LLC
BBO# 667662
Harmon Law Offices, P.C.
P.O. Box 610389
Newton, MA 02461-0345
(617) 558-0500
617-243-4049 (fax)
mabk@harmonlaw.com

Dated: November 1, 2016

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

In re:
Douglas Blanchette
Debtor

CHAPTER 13
CASE NO. 16-14055-FJB

CERTIFICATE OF SERVICE

I, Jason J. Giguere, state that on November 1, 2016, I electronically filed foregoing document with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

John Fitzgerald, Assistant U.S. Trustee
Carolyn Bankowski, Esquire, Chapter 13 Trustee
Ira H. Grolman, Esquire for Debtor

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/
Jason J. Giguere, Esquire
BBO# 667662
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0345
Tel: (617) 558-0500
Fax: (617) 243-4049
mabk@harmonlaw.com

Douglas Blanchette
131 Spruce St
Middleboro, MA 02346