04/07/2017. No objections filed. Granted.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re DOUGLAS BLANCHETTE, | Docket No. 1:16-bk-14055-FJB |
| Debtor | Chapter 13 |

**APPLICATION FOR AN ORDER OF EMPLOYMENT OF GROLMAN LLP AS COUNSEL FOR THE DEBTOR PURSAUANT TO FED. R. BANKR. P. 2014(a)**

NOW COMES the Debtor in this action and pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014(a), and MLBR 2014-1 requests that the Court approve the employment of Grolman LLP to act as its Counsel. In support of this application, the Debtor states as follows:

1. On October 24, 2016, the Debtor filed his voluntary petition under Chapter 13 of the Bankruptcy Code.

2. The Debtor seeks to employ Grolman LLP to act as its Counsel in this case pursuant to 11 U.S.C. §§ 327 and Fed. R. Bankr. P. 2014(a).

3. The relief sought in this motion is a core proceeding as defined in 28 U.S.C. § 157.

4. The Debtor seeks to employ counsel to render the following professional services on the terms given in the Disclosure of Compensation of Attorney for Debtor, including without limitation:

   a. Reviewing and analyzing the various claims of the Debtor's creditors and the treatment of those claims and the preparation, filing, or prosecution of objections to those claims;

   b. Commencing and conducting all litigation necessary to appropriate or assert rights held by the Debtor, protect asserts of the Debtor's Chapter 13 estate, or otherwise further the goal of completing the Debtor's successful Chapter 13 plan;

   c. Representing the Debtor in any adversary proceedings; and

   d. Performing other legal services that may be required during this Chapter 13 case.

1